˙ℓ L

JAN - 2 2008

RICT.
OF (

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR005-W |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., |
| | ) | Sec. 841(a)(1) - Possession |
| MIGUEL VEGA, | ) | of Marijuana with Intent to |
| | ) | Distribute (Felony) |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about November 30, 2007, within the Southern District of California, defendant MIGUEL VEGA, did knowingly and intentionally possess, with intent to distribute, approximately 100 kilograms or more, to wit: approximately 295.45 kilograms (approximately 650.00 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:San Diego
12/10/07