AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIGUEL VEGA | CASE NUMBER: 08CR005-W |

I, MIGUEL VEGA, the above-named defendant, who is accused of committing the following offense:

Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __1/2/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_/s/ Miguel Vega_
Defendant

_/s/_
Defense Counsel

Before _/s/_
Judicial Officer