1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,        )    Case No. 08CR0005-W
                                      )
12                  Plaintiff,        )
                                      )
13        v.                          )    ORDER OF DETENTION ON
                                      )    DEFENDANT'S WAIVER OF BAIL
14                                    )    AND HEARING PENDING TRIAL
     MIGUEL VEGA,                     )
15                                    )
                    Defendant.        )
16   _____)
17
18        In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section
19   3142(f), a detention hearing was scheduled and held on January 2, 2008, to determine whether
20   Defendant MIGUEL VEGA ("Defendant") should be held in custody pending trial and, if
21   convicted, sentencing in the above-captioned matter. Assistant United States Attorney Charlotte
22   E. Kaiser appeared on behalf of the United States and Timothy R. Garrison, Esq. appeared on
23   behalf of Defendant.
24        At the hearing on January 2, 2008, Defendant knowingly and voluntarily waived his right,
25   on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver,
26   the Court orders that Defendant be detained pending trial, and, if convicted, sentencing in these
27   matters, without prejudice or waiver of the right of Defendant to apply for bail and conditions of
28

1 release at a later date, and without prejudice or waiver of the right of the United States to seek
2 detention in the event of an application by Defendant for such relief.

3 **O R D E R**

4 IT IS HEREBY ORDERED that Defendant be detained pending trial, and if convicted,
5 sentencing in these matters.

6 IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney
7 General or his designated representative for confinement in a corrections facility separate, to the
8 extent practicable, from persons awaiting or serving sentence or being held in custody pending
9 appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

10 While in custody, upon order of a court of the United States or upon the request of an
11 attorney for the United States, the person in charge of the correctional facility shall deliver
12 Defendant to the United States Marshal for the purpose of an appearance in connection with a court
13 proceeding or any other appearance stipulated to by defense and government counsel.

14 This order is made without prejudice to modification by this Court and without prejudice
15 to Defendant's exercise of his right to bail and a detention hearing at a future date.

16 IT IS SO ORDERED.

17 DATED: February 1, 2008.

18
19 THE HONORABLE RUBEN B. BROOKS
United States Magistrate Judge
United States District Court for the
20 Southern District of California

21 Prepared by:

22 KAREN P. HEWITT
United States Attorney
23

24 /s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
25 Assistant United States Attorney

26
27
28