RE: Miguel Vega
06648-298
M.C.C.
808 Union St.
San Diego, CA. 92101

Pro Per

FILED
FEB - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## Southern District of California

| | |
|---|---|
| United States of America,<br>Plantiff,<br><br>V.<br><br>Miguel Vega,<br>Defendant.<br>Propia Persona | 08 CR 0005-W<br><br>MOTION FOR SUBSTITUTION<br>OF COUNSEL<br>UNDER Sixth Amendment<br>Strickland v. Washington |

(HONORABLE THOMAS J. WHELAN)

Defendant Miguel Vega, petitions this court, Honorable Thomas J. Whelan for the granting of substitution of present counsel; Atty, Timothy Garrison, based on lack of communication, and Difference of opinion and views towards stratigic choices which substantially influences defendants fear of counsel's unsuccessful defense. Puesuant to Strickland v. Washington, 466 U.S. 668, 80, Ed 2d 674, 104 S.Ct. 2052.

Defendant urges this court to grant this request in furtherance of Justice.

DATE: JANUARY 4, 2008

Miguel Vega
Miguel Vega
Reg # 06648-298