**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR00005-W |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MIGUEL VEGA, | ) | **AS LEAD ATTORNEY** |
| Defendant. | ) | |

Notice is hereby given by **NORMA A. AGUILAR**, Federal Defenders of San Diego, Inc., that:

\*\* I am replacing **TIMOTHY R. GARRISON**, as lead counsel on this case.

Respectfully submitted,

Dated:  February 27, 2008        */s/   Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Vega
Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 27, 2008          */s/ Norma Aguilar*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Norma_Aguilar@fd.org