# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08CR00005W** |
| vs ) | ABSTRACT OF ORDER |
| **MIGUEL VEGA** ) | Booking No. **06648298** |
| ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **3-3-08** the Court entered the following order:

**X** — Defendant be released from custody. **ON THIS CASE ONLY.**

___ — Defendant placed on supervised / unsupervised probation / supervised release.

___ — Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ — Defendant released on $_____ bond posted.

___ — Defendant appeared in Court. FINGERPRINT & RELEASE.

___ — Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ — Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ — c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.

___ — Bench Warrant Recalled.

___ — Defendant forfeited collateral.

___ — Case Dismissed.

___ — Defendant to be released to Pretrial Services for electronic monitoring.

**X** — Other. **NEW CASE ATTACHED**

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**