UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MIGUEL VEGA,<br><br>                Defendant. | CASE NO. 08CR0005-W<br><br>JUDGMENT OF DISMISSAL |

FILED
2008 MAR -5 AM 9: 23
CLERK U.S...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 841(a)(1).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/3/08

                                            THOMAS J. WHELAN
                                            UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 3/4/08
United States Marshal
By: _____
    USMS Criminal Section